1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  948 11th Street, Ste. 17
   Modesto, CA 95354
3  (209) 576-0817
   Fax: 209-576-1788
4

5  Attorney for Plaintiff, Terrence W. Campbell

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR

9                      THE EASTERN DISTRICT OF CALIFORNIA

10                              **FRESNO DIVISION**

11

12

13

14  **TERRENCE W. CAMPBELL**,          )
                                        )    CIVIL NO. 1:09-CV-00733-GSA
15          Plaintiff,                  )
                                        )    ORDER FOR THE AWARD OF
16              v.                      )    ATTORNEYS' FEES PURSUANT TO
                                        )    THE EQUAL ACCESS TO JUSTICE
17  **MICHAEL J. ASTRUE**,              )    ACT, 28 U.S.C. § 2412(d)
    Commissioner of Social Security,    )
18                                      )
                                        )
19          Defendant.                  )
    _____)
20

21         This matter having come before the Court pursuant to Plaintiff's timely application, and

22  in the absence of any opposition by the Commissioner of Social Security, and the Court having

23  fully considered the matter, hereby finds (1) Plaintiff is a prevailing party; (2) Plaintiff meets the

24  net worth requirements of Title 28 of the United States Code section 2412(b)(2)(B); (3) the

25  "position of the United States" was not substantially justified; 4) there are no "special

26  circumstances" that make an award unjust under Title 28 of the United States Code section

27

28

ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS
TO JUSTICE ACT, 28 U.S.C. § 2412(d) – Civil Action No. 1:09-CV-00733-GSA – 1

2412(d)(1)(A); (5) the requested hourly rate is appropriate; and (6) the hours claimed by

Plaintiff's attorneys reasonably were expended.

THEREFORE, IT IS HEREBY ORDERED, that Plaintiff is awarded attorneys' fees

under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of nine-

thousand and two-hundred and sixteen dollars and seventy-nine cents ($9,216.79).

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

that Plaintiff does <u>not</u> owe a federal debt, then the government shall cause the payment of fees

and expenses to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed

by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Sengthiene Bosavanh.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.


IT IS SO ORDERED.

**Dated:   September 9, 2011**                          **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS
TO JUSTICE ACT, 28 U.S.C. § 2412(d) – Civil Action No. 1:09-CV-00733-GSA – 2