Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
948 11th Street, Ste. 17
Modesto, CA 95354
(209) 576-0817
Fax: 209-576-1788

Attorney for Plaintiff, Terrence W. Campbell

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| **TERRENCE W. CAMPBELL**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> **)** <br> **MICHAEL J. ASTRUE**, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 1:09-CV-00733-GSA <br><br> ORDER FOR THE AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

This matter having come before the Court pursuant to Plaintiff's timely application, and in the absence of any opposition by the Commissioner of Social Security, and the Court having fully considered the matter, hereby finds (1) Plaintiff is a prevailing party; (2) Plaintiff meets the net worth requirements of Title 28 of the United States Code section 2412(b)(2)(B); (3) the "position of the United States" was not substantially justified; 4) there are no "special circumstances" that make an award unjust under Title 28 of the United States Code section

ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) – Civil Action No. 1:09-CV-00733-GSA – 1

2412(d)(1)(A); (5) the requested hourly rate is appropriate; and (6) the hours claimed by Plaintiff's attorneys reasonably were expended.

    THEREFORE, IT IS HEREBY ORDERED, that Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of nine-thousand and two-hundred and sixteen dollars and seventy-nine cents ($9,216.79).

    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does **not** owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Sengthiene Bosavanh.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

    IT IS SO ORDERED.

**Dated:** **September 9, 2011**     /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE